# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LYNN THOMPSON, | Case No.: 2:21-cv-00976-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| TESLA MOTORS, INC., et al., | |
| Defendant | |

Plaintiff Lynn Thompson filed this action in the unofficial southern division of the court, but the dispute arises out of the defendants' alleged unlawful employment practices committed in Sparks, Nevada. ECF No. 1 at 2. Under Local Rule IA 1-8(a), her action must proceed in the unofficial division of the court in which the action allegedly arose.

I THEREFORE ORDER that this action is transferred to the unofficial northern division of this court for all further proceedings. The clerk of the court shall transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed, without prejudice to the plaintiff with regard to the filing fee.

Dated this 24th day of May, 2021.

_____
ANDREW P. GORDON
United States District Judge